IT IS ORDERED

Date Entered on Docket: July 8, 2021

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re:<br><br>Enoch Z. Gabhart,<br><br>              Debtor. | Case No. 21-10520-j7<br>Chapter: 7 |

## DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON PROPERTY LOCATED AT 2809 EASTRIDGE COURT, FARMINGTON, NEW MEXICO 87401

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Property filed on May 26, 2021, Docket No. 11 (the "Motion") by Idaho Housing and Finance Association, its successors and assigns ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

    1.    On May 26, 2021, Movant served the Motion and a notice of the Motion (the "Notice") on the case Trustee, Edward Alexander Mazel and Attorney for Debtor, Nicholas Cullander by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the

1

Debtor, Enoch Z. Gabhart by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

2. The Motion relates to the property known as 2809 Eastridge Court, Farmington, New Mexico 87401 (the "Property") with a legal description:

LOT 6A, OF THE RIO VISTA P.U.D. SUBDIVISION NO. 4, IN THE CITY OF FARMINGTON, SAN JUAN COUNTY, NEW MEXICO, AS SHOWN ON THE REPLAT OF SAID SUBDIVISION FILED FOR RECORD MARCH 11, 1986.

3. The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

4. The Notice was sufficient in form and content;

5. The objection deadline expired on June 19, 2021;

6. As of June 30, 2021, neither Debtor(s) nor Trustee, nor any other party in interest, filed an objection to the Motion;

7. The Motion is well taken and should be granted as provided herein; and

8. By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on June 30, 2021, Dyane Martinez, a Legal Assistant of Elizabeth V. Friedenstein, searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Enoch Z. Gabhart (the "Debtor") is currently on active military duty of the United States.

**IT IS THEREFORE ORDERED**:

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

    a. To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements

and/or other agreements to which Debtor is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against Debtor or the Property, or both, in any court of competent jurisdiction; and

  b. To exercise any other right or remedy available to them under law or equity with respect to the Property.

  2. Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Movant need not name Trustee as a defendant in any state court action it may pursue to foreclose liens against the Property and need not notify Trustee of any sale of the Property.

  3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of Debtor, although Debtor can be named as a defendant in litigation to obtain an *in rem* judgment or to repossess the Property in accordance with applicable non-bankruptcy law.

  4. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

  5. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

  6. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with Debtor and to enter into a loan modification with Debtor.

XXX END OF ORDER XXX

Submitted by:

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein
IDEA Law Group
2501 San Pedro Drive NE, Bldg. A, Suite 102
Albuquerque, NM 87110
Toll Free: 877-353-2146 ext.1005
Email: elizabethf@idealawgroupllc.com
Attorney for Movant

*Copies to:*

**Debtor:**
Enoch Z. Gabhart
1104 Dalhi Terrace
Farmington, NM 87401